# ROSS AMSEL RABEN NASCIMENTO

ALAN S. ROSS (1950 - 2018)
ROBERT G. AMSEL
DAVID RABEN
JOSEPH E. NASCIMENTO

WWW.CRIMLAWFIRM.COM

2250 S.W. 3RD AVE. | 4TH FLOOR
MIAMI, FLORIDA 33129
PHONE: 305-858-9550
FAX: 305-858-7491

June 8, 2020

Via Email
Honorable Ann Donnelly
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   <u>*United States of America v. Anand Kalepu* **19-CR-602 (AMD)**</u>
      **Joint Request for Continuance of June 15, 2020 Sentencing**

Dear Judge Donnelly,

The above-referenced matter is currently scheduled for sentencing on June 15, 2020 at 11:00 a.m.

Based on the current situation with COVID-19, the fact that both defense attorneys would have to travel from South Florida and the Defendant from Ohio, and after discussing the case status with the Government, all parties jointly and respectfully submit this letter request that the Court adjourn/continue the sentencing hearing to a date in August 2020. This delay will pose no serious harm to the interests of justice.

We greatly appreciate Your Honor's time and consideration in this matter, and should the Court need any further information we remain available at the Court's convenience.

Respectfully Submitted,

Joe Nascimento, Esq.
Attorney for Anand Kalepu

June 8, 2020
Page 2 of 2

*Copied via email:*
Miriam L. Glaser Dauermann
Criminal Division, Fraud Section
United States Department of Justice
271-A Cadman Plaza East
Brooklyn, NY 11201
Miriam.glaser@usdoj.gov


William R. Tunkey
Co-Counsel for Anand Kalepu
2250 S.W. 3rd Avenue, Suite 400
Miami, FL 33129
Bill@TunkeyLaw.com