REFERENCE LETTER FROM WIFE – SUDHEERA KALEPU

Your honor,

I am Sudheera Kalepu, wife of Dr. Anand Rao Kalepu. We have been married for over twenty-seven years, and we have lived in our current home in Highland Heights, OH, for the past twenty-two and half years. Together, we have three sons – Sandeep, Vineeth, and Ajeet. Currently I am working as a Physician in Cleveland Veterans Administration Medical Center.

From the day I met him until now, Anand is very unique and different. He grew up in boarding schools and went to a top medical school in India – JIPMER. When he first came to the United States in the mid 1970s, he struggled to finish his surgery residency. Anand completed only four out of five years because of the program's pyramidal system.

Promptly after I married Anand, I immigrated to the United States in September 1993. He already worked as a surgical fellow for a cardiothoracic group in one of the Cleveland hospitals. His job is highly demanding, so he always put his work before anything else. He worshipped his profession and thereby cared for his patients more than anything else.

Before I move on, I feel compelled to reiterate that Anand is a simple and modest man, who was never interested in luxuries. His dedication to his work was genuine, not as a medium to accumulate wealth. This dedication forced Anand to even miss the funeral of his parents in India because there would be no other physicians available to cover his shift and tend to his patients.

Again, he always put his work before his family and even himself. Everyone who worked with him knows how hardworking he is. His excelled surgical skills thrusted him mentoring many other physicians, medical students, and nurse practitioners.

When my third son, Ajeet, was six years-old, he was admitted to Rainbow Babies ICU with strep pharyngitis and complications. Yet, Anand prioritized his already committed duties to his own ICU patients at his current hospital shift. This is not to portray Anand as negligent father, but rather he understood that our son was in good hands with myself next to him in the ICU unit. This is a testament to Anand's workman character that his best use to his family was as a provider, a role that he fully embraced.

For everyone, money is important, but Anand was never greedy for money. He is honest and sincere towards his duty and patients. His dedication to his profession stems from a sense of purpose rather than lust for wealth. By American cultural standards, this definitely makes Anand appear unique compared to most of us who care for family and leisure. He has dedicated his life for his profession, and without his work he will be lost. I pray to God every day for his health and beautiful life.

Thank you,

*Sudheera Kalepu*

Sudheera Kalepu

REFERENCE LETTER FROM SONS – SANDEEP KALEPU
VINEETH KALEPU
AJEET KALEPU

Your Honor,

My name is Sandeep Anand Kalepu, the eldest son of Anand Rao and Sudheera. I am twenty-four years old and a recent alum of the University of Michigan. My two younger brothers – Vineeth and Ajeet – are writing this letter in conjunction with myself. Vineeth is twenty-one years old and a current student at Cleveland State University, and Ajeet is eighteen years old and a current student at Case Western Reserve University. For the past twenty-two years, our parents and ourselves have lived under the same roof, in the same home at 429 Medway Road, Highland Heights, OH. Thus far, our lives can be perceived as typical for both upper middle-class families as well as first-generation immigrants. If there is but one thing to state about our parents, and specifically our father, it is that the merits of hard work and education have been firmly ingrained since we can remember.

Speaking for myself, Sandeep, I first became aware of this current offense in autumn 2019 when two agents from the Federal Bureau of Investigation approached our home with questions for the whereabouts of my father. That evening, my father informed our family about the details of the case at hand. Please allow me to say, this news came as a genuine shock to myself and my brothers.

The relationship that my brothers and I share with our father can be described as distant. Distant, here, is not used with resentful or derogatory connotations. Our father was seldom physically present in our lives, but the fruits of his labor were ever felt. We recall that our father would always leave his work schedule on his nightstand. On his schedule, he consistently worked as many as six consecutive twelve-hour shifts. It would not be an exaggeration to say our father spent twice as much time at work than at home. Moreover, his workman character prevailed in his time at home as well. Rather than simply catch up on sleep and rest, our father would take us to a Cleveland Indians game, Cleveland Cavaliers game, or most often to the Great Lakes Science Center and the Cleveland Museum of Natural History. Retrospectively, we understand that our father tried to have us find subjects that we could approach with the same passion and dedication that he put forth towards his profession.

Dedication. This word is surely to be repeated by my mother, the attorneys, and anyone else associated with our father. Again, speaking for myself, as a young adult soon to enter the medical field and then workforce, I have heightened respect for my father. Unlike tendencies of myself and many around me, my father's dedication towards his duty was never once clouded by frivolous commitments to family and friends nor the desire for affluent leisure. When my brothers and I previously mentioned that the fruits of my father's labor were ever felt, that is to say that our family never struggled financially. His remarkable focus as a provider permitted my mother the financial flexibility to finish her residency and become a working physician. Further, he enabled myself and my brothers the luxury to focus and excel in our schoolwork. My father often remarked about the beauty of America: this was a country whereby one is distinguished by their character and hard work, not caste or equally miscellaneous labels. Our father set an example to his children that dedication was our path to success, our way of life.

For most any children, it is difficult to detach our relationship with our parents from that of a mother or father and consider them as fellow members of society. We are no different.

*Continued*

REFERENCE LETTER FROM SONS.                                              Page 2/2

Growing up with two working parents, we admittedly fostered frustration with the distance and disengagement that our parents exhibited at times during our youth. However, with maturation, this frustration dissipated. More than dissipate but transformed into profound respect. We say this on behalf of our mother and father, not just our father, to dignify the household they created together as well as testify towards the reputation each of them holds amongst medical professionals in Northeast Ohio.

I, Sandeep, would like to share two specific instances that come to mind with regard to my father's reputation amongst physicians in our area. First, in spring 2013, my father tripped over a shoe walking towards our front door and tore a ligament in his knee. The rest of our family was eating dinner inside and heard a noise from the kitchen as our mother checked the garage for what had happened. She found my father calmly seated on the ground, not yelling or crying, or any ounce of emotion. Instead, my father tried to stand again until my mother stopped him and called for an ambulance. We went to the emergency room at Hillcrest Hospital, where one of the on-call physicians noticed our father in one of the beds and remarked to us what a hardworking man he is. As a senior in high school at this time, it marked the first instance by which I began to appreciate my father in a context outside of my father, but as a professional. Second, in summer 2015, my father noted my growing interest in the medical field and invited me to shadow a heart surgery with himself and Dr. Joseph Lahorra. Prior to the operation, Dr. Lahorra boasted that throughout his experience as a resident at the University of Michigan and as practicing surgeon, no one can open up a chest as fast as my father. My father humbly rejected the praise. Yet, as I watched my father perform his craft for the first time ever that day, I realized that the praise yielded more truth than flattery. Although the moment was ephemeral, it was enough to establish the perhaps ten thousand hours of dedication my father put forth into this craft. This profession is everything for my father, and his dedication serves as almost an unrealistic ideal for the relationship between any person and their passion.

We understand our father has pled guilty to the offense at hand, but we hope to show that this circumstance was a one-off occurrence. My father flatly rejected a life of luxury. We lived comfortably, yes, but vacations, fancy cars, and the like were nonexistent to us. Our father worked not for the money, but to attain a sense of purpose. Specific to this case, our father sought work with telemedicine after he was laid off elsewhere. While my father maintains that he must work to pay for our school tuition, we believe this is secondary. It is rather clear from our perspective that our father has no purpose without his work, and he will be lost if his life's dedication is taken away from him. To this day of writing this reference letter, our father is still seeking employment from medical practices that will take him despite his complications with Medicare and Medicaid. We reiterate that this is his life's work and for that reason he cannot give it up readily.

Allow us to conclude with some remarks recently told to us by our father. In this life, we all like to believe that we are committed to a just cause, to make our world better for ourselves but more so for those around us. As we grow old, however, we can see that there is a grayscale rather than black and white. Everything has a cost. Everything is corrupted to some degree. It is out of control, but we can keep faith in our genuine intent to do good.

Thank you,

*Vineeth Kalepu*      [signature]      [signature]      [signature]

SANDEEP ANAND KALEPU     ATEET KALEPU     VINEETH KALEPU

My wife & 3 of my 4 sons.





January 5, 2020

To Whom It May Concern,

Anand Kalepu, MD, has worked with our company for the past thirty years. Originally know as Physician Staffing, Inc., a division of the Martin Healthcare Group, we are now a part of HNI Healthcare, but still provide the same staffing services in Northeast Ohio that we have for forty five years.

Dr. Kalepu has worked at multiple facilities for whom we provide services and he is well received and well liked at each location. In the capacity of Surgical House Physician, he responds to changes in condition for surgical patients, as well as urgent calls for rapid response or codes, and provides necessary procedures as needed in these situations.

As a compassionate, responsive provider, Dr. Kalepu has always been highly regarded for his work and we are regularly asked to continue scheduling him as part of our program. He is reliable and incredibly helpful from a corporate standpoint, and his colleagues have always held him in high esteem. He is also known for being a good family man in the community and a dedicated father.

I would recommend Dr. Kalepu without hesitation. Please feel free to contact me with any questions. Thank you.

Sincerely,

Tony Bernardo
Division President



REFERENC LETTER FROM ONE
OF MY EMPLOYERS - SINCE
30 YEARS FROM 1988

**HNI Healthcare**
30575 Bainbridge Road
Cleveland, Ohio 44139
440.542.5000

PEER - REFERENCE LETTER

Vijaykumar Vaidya, M.D.
4442 Muirfield Way
Westlake, OH 44145

January 3rd, 2020

I, Vijaykumar S. Vaidya, M.D. known to Dr. Anand Rao Kalepu for about 30 years. I have worked with him at St. Vincent Charity Medical center from 1989 to 2000 as Cardio-Thoracic Surgical House Physician.

He has been hardworking Honest Physician, was liked by all of his attending physicians, nurses, coworkers, administrative staff as well as his patients. He has never been involved in any of the unforeseen events or any disciplinary action against him.

Since 2000 I have been in touch with him and his family on several occasions. He has been respected member of his community, very family oriented person who has well taken care of his family and well educated his children.

Sincerely,

*[signature]*

Vijay Vaidya, M.D.

Email: vsv2020@yahoo.com
Phone: 440-263-2696

Date 7/11/19

PEER
Recent
Reference Letter.

CTS,LLC

5726 W Hausman road suit 100

San Antonia ,Texas 78249-1646

RE: Anand Rao Kalepu MD

Attention: MEPS COMMANDER

Dear Sir

Dr Anand Roa Kalepu is known to me for last 10 year as professional friend at work. He is clinically competent and known to work very hard and perform good quality work. He is known to have very moral character as per my knowledge, I am recommending him for this work .please don't hesitate to call me if any questions regarding this recommendation

Sincerely

Y.A-Patel

Name: YOGESHWAR A PATEL,MD

TITLE : Director of hospitalist program

Address : 200 East Market street ,Akron Ohio 44203

Phone 3307617500

REFERENCE LETTER - ST. VINCENTS HOSPITAL, CLEVELAND

## THORACIC & CARDIOVASCULAR SURGERY, Inc.

DR. G. A. MOASIS
2322 East 22nd St, #207
Cleveland, Ohio 44115
Telephone: (216) 241-2332

Sept 15, 1993

To whom it may concern:

I am writing this letter on behalf of Anand Rao Kalepu, M.D. I have known Dr. Kalepu since the end of 1989. When I joined St. Vincent Charity Hospital department of Cardiothoracic surgery, Dr. Kalepu work in this department in the capacity of an assistant surgeon in cardiovascular and Thoracic surgery. Also in the capacity an Intensivist in the cardiac Surgical Unit. Dr. Kalepu has been with the cardiothoracic program in St. Vincent Charity Hospital for about seven years. He finished his high school education and college education and medical school education in Pondicherry, India. He rotated in many different hospitals in the states in the capacity of a general surgery resident, and house officer also. He completed four years in general surgery in New York, but due to unfortunate circumstances he was not able to finish his general surgery residency.

Since I came to know Dr. Kalepu in 1989, he impressed me as a very hard working, dedicated fellow. He has assisted me on my cases in the operating room and this included open heart and thoracic cases and also vascular cases. And also he helped me out with patient care in the intensive care units and on the floor. As I said Dr. Kalepu is a very dedicated physician. He is well read and he applies his broad knowledge in clinical practice very effectively. His technical ability in the operating room is superior. He is able to deal with emergency situations in a very competent and efficient manner. Dr. Kalepu is very polite, he gets along with his colleagues, with the other surgeons, the nurses and technicians, whether its in the OR, ICU or on the floor. He doesn't complain at all, and he makes himself available at all times when needed.

I believe Dr.Kalepu would be an asset to the program with his abilities and great potentials I have no doubt that he would be successful in whatever further training he seeks. If you have and questions please don't hesitate to call. Thank You.

Sincerely yours,

Ghassan A. Moasis, M.D.

*Reference Letter From St Vincents Hospital, Cleveland*

# CARDIOVASCULAR RESEARCH CENTER

CLEVELAND RESEARCH INSTITUTE
2351 EAST 22ND STREET
CLEVELAND, OHIO 44115

363-2540

**EARLE B. KAY, M.D. DIRECTOR**

August 25, 1987

To Whom It May Concern:

Dr. Anand R. Kalepu has been in Fellowship training from July 1984 through June 1987 in the Cardiovascular & Thoracic Surgery Department at St. Vincent Charity Hospital & Health Center. During this period, he has been entrusted with the responsibility for pre-operative, operative and post-operative care of patients. He has knowledge and experience in all aspects of cardiovascular & thoracic surgery.

Doctor Kalepu is hard working, conscientious and has a good rapport with hospital personnel and patients.

Sincerely,

Earle B. Kay, M.D.

EBK/ep