

June 10, 2022

**MEMORANDUM**

To: The Honorable Ann Donnelly, U.S. District Judge

From: Deborah Roth, Administrative Assistant, U.S. Probation Department

Re: Transfer of Jurisdiction for KALEPU, Anand (Dkt No. 19-CR-3602-01)

Enclosed is a Transfer of Jurisdiction form (Prob 22) for your signature.  The Northern District of Ohio has requested that we initiate this transfer.

Thank you.